1  The Law Offices of JUDITH S. LELAND
   A Professional Law Corporation
2  8345 E. Firestone Blvd., Suite 300
   Downey, CA  90241
3  (562) 904-6955 (562) 904-6965 Fax
   MARIA G. GALINDO (State Bar No: 217106)
4  E-mail: tracy@disabilitylawfirm.com

5  Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION DIVISION

| | |
|---|---|
| HENRY REDONDO, | ) Case No.: CV 06-2130 JC |
|   Plaintiff, | ) ORDER AWARDING EQUAL |
|   v. | ) ACCESS TO JUSTICE ACT |
|   | ) ATTORNEY FEES AND COSTS |
| MICHAEL J. ASTRUE, | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| Commissioner of Social Security, | ) |
|   Defendant. | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under EAJA in the amount of Two Thousand Nine Hundred and Fifty-Three Dollars and seventy-seven cents ($2,953.77) and costs in the amount of Two Hundred and Sixty-Three Dollars and sixty-five cents ($263.65), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE:   August 17, 2007

```
               _____/s/_____
               Honorable Jacqueline Chooljian
               UNITED STATES MAGISTRATE JUDGE
```